UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NELSON, JR.,                          )
                        Plaintiff,            )
                                              )        No. 1:12-cv-655
-v-                                           )
                                              )        HONORABLE PAUL L. MALONEY
CHECK & CREDIT REPORTING,                     )
                        Defendant.            )
_____       )

## JUDGMENT

Having granted Plaintiff Kenneth Nelson's motion for default judgment, under Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff and against

Defendant.  Nelson is awarded a total of $5,026.50: $1000.00 in actual damages, $500.00 in

statutory damages, $425 in costs, and $3,101.50 in attorney's fees.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 19, 2012                          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge